**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6389

TERRY AJ LYSLORD-DUNCAN,

Plaintiff - Appellant,

v.

BANK OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:11-cv-00068-sgw-mfu)

Submitted:  August 25, 2011        Decided:  August 30, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam.

Terry AJ Lyslord-Duncan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry AJ Lyslord-Duncan appeals the district court's order dismissing his action brought pursuant to the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 2005 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lyslord-Duncan v. Bank of America, No. 7:11-cv-00068-sgw-mfu (W.D. Va. Feb. 28, 2011). We deny Lyslord-Duncan's motions for a transcript at government expense, to terminate the PLRA application, to appoint counsel, and for abeyance and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED